# IN RE VINTIA M.*
## (AC 25048)

Lavery, C. J., and Flynn and West, Js.

Argued October 27—officially released November 16, 2004

Per Curiam. The judgment is affirmed.

# FRANK IANNAZZI v. COMMISSIONER OF CORRECTION
## (AC 24330)

Schaller, Bishop and DiPentima, Js.

Submitted on briefs October 27—officially released November 16, 2004

Per Curiam. The judgment is affirmed.